# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-01591 JAK (SSx) | Date | August 4, 2011 |
| Title | Sherri A Bertrand v. Portfolio Shelax, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 3, 2011, plaintiff filed "Notice of Settlement" [26]. The Court sets an Order to Show Cause re Dismissal for September 12, 2011 at 10:30 a.m. If the parties file a dismissal by September 8, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                                                        : 
                                                        Initials of Preparer   ak